# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.                              NO. 4:06CR00359 SWW

RICKEY D. DAVIS

### ORDER

This matter is before the Court on defendant's motion to be removed from the remainder of his term of supervised release. The government has responded that it has no objection to defendant's motion, and the United States Probation Office has advised the Court that defendant has complied with his conditions of supervised release and has no objection to defendant's motion for early release from supervision. Therefore, the Court finds that defendant's motion should be granted.

IT IS THEREFORE ORDERED that defendant's remaining term of supervised release previously imposed be, and it is hereby, terminated.

Dated this 4th day of March 2009.

/s/Susan Webber Wright
United States District Judge